

THE LAW OFFICES OF
# McGuire, Crohan & Klinger
*Not A Partnership*

1800 PEACHTREE STREET, SUITE 514
ATLANTA, GEORGIA 30309
Writer's direct Dial (404) 892-0033

JAMES D. MCGUIRE
RICHARD B. CROHAN
STANFORD N. KLINGER

TELEPHONE (404) 351-8500
FACSIMILE (404) 351-8805

August 30, 2013

| | |
|---|---|
| Mayor Kasim Reed<br>55 Trinity Ave.<br>Suite 2400<br>Atlanta, Georgia 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0001 2758 7066 |
| The Members of the Atlanta City Council<br>President Ceasar Mitchell<br>Councilmember Carla Smith, Dist. 1<br>Councilmember Kwanza Hall, Dist. 2<br>Councilmember Ivory Lee Young, Dist. 3<br>Councilmember Cleta Winslow, Dist. 4<br>Councilmember Natalyn Archibong, Dist. 5<br>Councilmember Alex Wong, District 6<br>Councilmember Howard Shook, District 7<br>Councilmember Yolanda Adrean, District 8<br>Councilmember Felecia Moore, District 9<br>Councilmember C.T. Martin, District 10<br>Councilmember Keisha Lance Bottoms, District 11<br>Councilmember Joyce Sheperd, District 12<br>Councilmember Michael Bond, Post 1<br>Councilmember Aaron Watson, Post 2<br>Councilmember H. Lamar Willis, Post 3<br>55 Trinity Ave., Suite 2900<br>Atlanta, GA 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0001 2758 7073 |
| Ms. Rhonda Johnson<br>Clerk of Atlanta City Council<br>55 Trinity Ave, Suite 2700<br>Atlanta, Georgia 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0001 2758 7080 |
| Cathy Hampton, Atlanta City Attorney<br>Department of Law<br>68 Mitchell Street<br>Suite 4100<br>Atlanta, GA 30303 | VIA CERTIFIED MAIL NO.<br>7005 1820 0006 0458 2725 |

[40]

EXHIBIT "A"

Re: Notice of Claim Against the City of Atlanta, Georgia
Claimant : Will Otis King a/k/a/ Will Otis King III
Date of Injury : 04/06/13
Location : 3819 Jonesboro Road, Atlanta, GA

Dear Mayor Reed, Atlanta City Council Members,
City Clerk Johnson, and City Attorney Hampton:

Please be advised that this firm represents Mr. Will Otis King regarding the injuries he suffered and damages he incurred as a result of being unlawfully shot in the head and face by Officer K. Jackson (unit 2313). (Whose first name has been identified by APD as Kylema.) A copy of the incident report #13-094-1706-00 is enclosed and incorporated herein by reference as if stated verbatim.

The notice is presented to the governing authority of the City of Atlanta, pursuant to O.C.G.A. §36-33-5. In accordance with O.C.G.A. §36-33-5, a copy of the Notice of Claim is being presented to the City of Atlanta the city government entity which the above referenced claimant asserts is responsible for the acts or omissions that caused his injuries and damages.

Consistent with O.C.G.A. §36-33-5 the following information is provided to the extent of the claimant's knowledge and belief:

(A) The name of the City entity or entities, the acts or omissions of which are asserted as the basis of the claim: the City of Atlanta, the City of Atlanta Police Department and City of Atlanta Police Officer K. Jackson (unit 2313) a/k/a Kylema Jackson.

(B) The time of the transaction or occurrence out of which the loss arose: The incident occurred on April 4, 2013, at approximately 5:10 p.m.

(C) The place of the transaction or occurrence: The incident occurred on 3819 Jonesboro Road, Atlanta, GA.

(D) The nature of the loss suffered: The acts and/or omissions of Officer K. Jackson, the City of Atlanta and the City of Atlanta Police Department resulted in the serious personal injury and damages of Will O. King, who was unjustifiably shot in the face, while unarmed. He has suffered and continues to suffer extreme injuries, pain and disfigurement from this shooting. The nature [41] of the losses in this claim therefore includes all claims which can be brought by Mr. King, including, but not limited to, personal injuries

from the gun shot to his face, multiple surgeries, permanent scarring and disfigurement, claims for mental pain and suffering, physical pain and suffering, shock, fright, anxiety, worry, medical expenses, the intangible value of his loss of enjoyment of living, lost wages and earnings, his loss of earning capacity, and other necessary expenses and damages resulting from the injuries to Will O. King.

(E) The amount of the loss claimed: At a minimum, the permanent injuries received by Mr. King, along with economic and non-economic losses total ($1,500,000.00) one million five hundred thousand dollars. Therefore, the total amount of the loss currently claimed is ($1,500,000.00) one million five hundred thousand dollars.

(F) The acts omissions of the City of Atlanta, the City of Atlanta Police Department and/or Officer Jackson which caused the loss, include but are not limited to:

(1) excessive use of force;
(2) negligent hiring of Officer Jackson;
(3) negligent retention of Officer Jackson;
(4) failure to establish, implement and/or adhere to use of force polices;
(5) failure to adequately train and/or supervise Officer Jackson;
(6) failure to establish, implement and/or adhere to policies and/or procedures regarding the use of deadly force;
(7) failure to establish, implement and/or adhere to policies and/or procedures regarding the use of deadly force for potential misdemeanor offenses;
(8) ignoring and/or permitting the custom and/or policy of using excessive force;
(9) ignoring and/or permitting the custom and/or policy of unreasonable searches and/or seizures;
(10) ignoring and/or permitting the custom and/or policy of unlawful stops and/or harassment of motorists;
(11) unlawful use of force;
(12) unlawful discharge of a firearm;
(13) assault and battery.

In addition, Officer Jackson, the City of Atlanta, the City of Atlanta Police Department and other City Officials, under color of law, subjected Will O. King, a citizen of the United States, to the deprivation of rights, privileges, and immunities secured by the U.S. and Georgia Constitutions and laws of this state. As such, Officer Jackson, the City Officials, the City of Atlanta Police Department and the City of Atlanta are liable to Will O. King.

[42]

Will O. King specifically reserves the right to amend this notice, pursue other theories of liability, to allege other acts of negligence by Officer Jackson, the City of Atlanta, the City of Atlanta Police Department, other City of Atlanta entities, or other private persons or entities as more details become available through the investigation or through the litigation of this matter should it become necessary.

Pursuant to O.C.G.A. section 36-33-5, this notice of claim is being sent within six months of the happening of the event upon which the claim against the municipal corporation is predicated. Mr. King is hereby presenting the claim in writing to the governing authority of the municipal corporation for adjustment. The code mandates that the governing authority act upon the claim within 30 days from the presentation.

Your return receipt will inform us of the date you received this notice. Please direct all future correspondence to this office and contact me if you have any questions.

Sincerely yours,

Richard B. Crohan

SNK/haw

cc: James D. McGuire, Esq.



# INCIDENT REPORT

Incident #: 13-094-1706-01

Prepared: 4/7/2013 10:14:31 AM

Workflow Status: Report Approved by Central Records

## Incident Info

| Incident # | Report Date | Time | Date Occurred | Time | Post. Date | Time | Beat |
|---|---|---|---|---|---|---|---|
| 130941706-01 | 4/4/2013 | 1730 | 4/4/2013 | 1649 | 4/4/2013 | 1730 | 313 |

| Shift | Zone | Location | Location Type | Rpt. District | Rpt. Officer | Inv. Officer |
|---|---|---|---|---|---|---|
| E | 03 | 3819 JONESBORO RD SE | 01 | 313 | 5343 | |

| Children Inv. | Family Inv. | Gang Related | Prev. Complaints | Prior Court Orders | Disposition | Dispo. Date | Time |
|---|---|---|---|---|---|---|---|
| | 2 | | | | | | |

| How Committed |
|---|
| WARRANT ARREST |

| Reason No Arrest | Relationship of Parties | Weather |
|---|---|---|
| | | 1 |

## Offenses

| Offenses | Offense | # Of Victims |
|---|---|---|
| 1 | 9M Miscellaneous Non-Crime | 1 |

| IBR Code | MPCalsp | UCR | UCR Arson | UCR Status | Bias Incident | Method of Entry | Family Violence |
|---|---|---|---|---|---|---|---|
| 9999 | C | 9999 | 0 | | | | N |

## Involved Parties

| Person Type | Name |
|---|---|
| VICTIM | CITY OF ATLANTA |

| Address | Bldg | Apt # | Home Phone |
|---|---|---|---|
| 215 LAKEWOOD WAY, ATL, GA 30315 | | | (404) 730-6104 |

| DOB | Age | DL Number | DL State | DL Expires | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|

| Hair Style | Hair Type | Facial Hair | Complexion |
|---|---|---|---|

| Appear | Speech | Hands | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|

| Body Markings Type | Body Markings Description |
|---|---|

| Injury / Killed | Injury / Severity | Location on Body | Where Hospitalized |
|---|---|---|---|
| NOT INJURED | | | |

| SSN | Description | GCIC Code |
|---|---|---|

| Employer | Employer Address | Work Phone | Wk. Ext. |
|---|---|---|---|

No Suspects to Display!



## INCIDENT REPORT

Incident #: 13-094-1706-01

Prepared: 4/7/2013 10:14:31 AM

### Arrests

| Name Type | Name | Location | County |
|---|---|---|---|
| Arrest | WILCOX, KENNETH | | FULT |

| Address | | | Bldg. | Apt. # | Home Phone |
|---|---|---|---|---|---|
| 2800 CAMP CREEK PKWY, ATL, GA 30315 | | | | | |

| DOB | Age | DL Number | DL State | DL Exp Date | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/1989 | 23 | | | | M | B | | | | |

| SSN | Occupation |
|---|---|
| | |

| Employer | Employer Address | Work Phone | Wk. Ext. |
|---|---|---|---|
| | | | |

| Charge Type | Charge Num | Section | Remarks |
|---|---|---|---|
| GC | 1 | 106-90 | |
| GF | 2 | 99-WAR-FUL | |

No Vehicles to Display!

No Property to Display!

### Narrative

On 4/4/2013 at approximately 1649 hours, I Officer J. Sebastian and my partner Officer M. Johns responded to the location of 925 Conley to assist unit 3313 Officer Jackson with his case. At the time we detained a suspect involved with Officer Jackson's case that was placed in our patrol vehicle. The male suspect was detained until a proper identification could be made on the male Officer Johns asked the male his name as he replied that his name was Reginald Bussey with a date of birth 10-31-1989. We then ran his name as it did not come back on file. We used a fingerprint machine to identify the suspect. The male was identified as Kenneth Wilcox via the fingerprint machine. Mr. Wilcox had a Warrant out of Fulton County for simple assault, warrant number 12CR388272 the date of the Warrant was 2/27/2013. When asked why he gave the name of Mr. Bussey he stated he used his brothers name. When Mr. Wilcox was cleared from questioning from the Detectives on Officer Jackson's case, he was arrested for giving a false name to Police 106-90 and the Warrant out of Fulton Co. Mr. Wilcox was taken to the Atlanta city jail for processing.

There is nothing further to report at this time.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| SEBASTIAN (YES) | 5343 | 313 | | 4/6/2013 |

| Supervisor (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| HENNINGER (YES) | 2906 | 313 | | 4/7/2013 |

| Clerk ID # | 5402 | File Date | 4/7/2013 10:14:06 AM |
|---|---|---|---|



# INCIDENT REPORT

Incident #: 13-094-1706-00

Prepared: 4/6/2013 11:04:16 AM

Workflow Status: Report Approved by Central Records

## Incident Info

| Incident # | Report Date | Time | Unit Dispatched | Time | Rept. Date | Time | Beat |
|---|---|---|---|---|---|---|---|
| 130941706-00 | 4/4/2013 | 1649 | 4/4/2013 | 1647 | 4/4/2013 | 1649 | 313 |

| Shift | Zone | Location | Location Type | Rpt. District | Rpt. Officer | Inv. Officer |
|---|---|---|---|---|---|---|
| E | 03 | 3819 JONESBORO RD SE | 13 | 313 | 0042 | |

| Children Inv. | Family Inv. | Gang Related | Prev. Complaints | Prior Court Orders | Disposition | Dispo. Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Hate Committed**

PERSON SHOT BY POLICE OFFICER

| Lawsuit No Arrest | Relationship of Parties | Weather |
|---|---|---|
| | | |

## Offenses

| Offense | Offense | # of Victims |
|---|---|---|
| 9PIWD | Police Discharging Firearms | 1 |

| UCR Code | Attempt | UCR | UCR Arson | UCR Status | Hate Incident | Method of Entry | Family Violence |
|---|---|---|---|---|---|---|---|
| 9999 | | 9999 | 0 | | | | |



# INCIDENT REPORT

Incident #: 13-094-1706-00

Prepared:
4/6/2013 11:04:16 AM

## Involved Parties

| Name Type | Name |
|---|---|
| VICTIM | KING III, WILL OTIS |

| Address | Bldg | Apt # | Home Phone |
|---|---|---|---|
| 3441 EISENHOWER RD, ATL, GA 30354 | | | |

| DOB | Age | DL Number | DL State | DL Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/1992 | 21 | | | | M | B | | | | |

| Hair Style | Hair Type | Facial Hair | Complexion |
|---|---|---|---|
| | | | |

| Appear | Speech | Hand | Glasses | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Body Markings Type | Body Markings Description |
|---|---|
| | |

| Injury / Killed | Injury / Severity | Location on Body | Where Hospitalized |
|---|---|---|---|
| GUN SHOT | SERIOUS | HEAD | |

| SSN | Occupation | GCIC Code |
|---|---|---|
| | | |

| Employer | Employer Address | Work Phone | Wk Ext |
|---|---|---|---|
| | | | |

| Name Type | Name |
|---|---|
| REPORTING PARTY | OFFICER K JACKSON. |

| Address | Bldg | Apt # | Home Phone |
|---|---|---|---|
| | | | |

| DOB | Age | DL Number | DL State | DL Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Hair Style | Hair Type | Facial Hair | Complexion |
|---|---|---|---|
| | | | |

| Appear | Speech | Hand | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Body Markings Type | Body Markings Description |
|---|---|
| | |

| Injury / Killed | Injury / Severity | Location on Body | Where Hospitalized |
|---|---|---|---|
| | | | |

| SSN | Occupation | GCIC Code |
|---|---|---|
| | | |

| Employer | Employer Address | Work Phone | Wk Ext |
|---|---|---|---|
| | | | |



# INCIDENT REPORT

Incident #: 13-094-1706-00

Prepared: 4/6/2013 11:04:18 AM

## Suspects

| Name-Type | Name |
|---|---|
| SUSPECT | KING III, WILL OTIS |

| Address | Bldg | Apt # | Home Phone |
|---|---|---|---|
| 3441 EISENHOWER RD, ATL, GA 30354 | | | |

| DOB | Age | DL Number | DC State | DC Expire | Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/3/1992 | 21 | | | | M | B | | | | |

| Hair Style | Hair Type | Facial Hair | Complexion |
|---|---|---|---|

| Appear | Speech | Hand | Gloves | Teeth | Glasses | Hat | Mask | Eye Defect | Skin Tone Type | Clothing Type |
|---|---|---|---|---|---|---|---|---|---|---|

| SSN | Occupation |
|---|---|

| Employer | Employer Address | Work Phone | Wk. Ext |
|---|---|---|---|

| Body Markings Type | Body Markings Description |
|---|---|

No Arrests to Display!

## Vehicles

| Owner | Record Type | VIN |
|---|---|---|
| | INVOLVED IN CRIME | 1G2HX52KX5U111007 |

| Year | Make | Model | Style | Color #1 | Color #2 | Tag Type | Tag State | Tag # |
|---|---|---|---|---|---|---|---|---|
| 2005 | PONT | BON | 4D | SILVER | | A | GA | 114046668 |

| Date Stolen | Time Stolen | Date Reported | Time Rprt | Date Recov | Time Recov | Value Stolen | Value Recov |
|---|---|---|---|---|---|---|---|

| Total Vehicle Values | Total Value Stolen | Total Value Recovered |
|---|---|---|

No Property to Display!

## Narrative



# INCIDENT REPORT

Incident #: 13-094-1706-00

Prepared: 4/6/2013 11:04:18 AM

On Thursday April 4, 2013 at approximately 1710 hours homicide investigators responded to a call for assistance from Zone Three officers regarding a person shot call. They were reporting to us that one of their officers shot the person. Homicide and HOIST investigators met with the Zone Three units at 925 Conley RD.

The initial investigation into the shooting has revealed that Officer K. Jackson (unit 2313) was on patrol in the area of Jonesboro Rd and Conley Rd when he saw a vehicle being driven on the city streets without any valid insurance and an expired tag. A vehicle matching that description was also suspected of being involved in some robberies. The vehicle pulled into the CITGO gas station at 3819 Jonesboro Rd. Officer Jackson activated his emergency equipment in the parking lot directly behind the vehicle. He exited his vehicle with his weapon in his hand, and gave the driver (Will King) and his passengers commands to put their hands in the air. Officer Jackson ordered the driver several times to turn the vehicle off and to open the door. The driver refused to comply and began to pull off while the officer was standing next to the driver's side of the vehicle. Officer Jackson fired his weapon one time striking the driver in the face.

Will King drove the vehicle to 925 Conley Rd. where he jumped out of the vehicle and fled the scene on foot. The officer was able to detain the passengers when he pulled up to the driverless vehicle. We learned that the driver ran to a home on Bonnie Lane where he sought the assistance from someone to take him to South Fulton Hospital. He was later transported to Atlanta Medical Center in critical but stable condition.

Mr. King had three outstanding warrants for his arrest from Fulton, Dekalb, and Clayton Counties. He was held at AMC in police custody for those warrants. CST S McMillan processed the crime scenes. Mr. Kings' vehicle was impounded and taken to the homicide cage so that it could be processed.

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.

| Reporting Officer (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| CALHOUN (YES) | 0042 | 313 | | 4/5/2013 |

| Supervisor (Elec. Sig.) | ID # | Assignment | Gender | Signed Date |
|---|---|---|---|---|
| LACOSS (YES) | 0241 | 313 | | 4/5/2013 |

| Clerk ID # | 5551 | File Date | 4/6/2013 11:03:28 AM |



THE LAW OFFICES OF
## McGuire, Crohan & Klinger
*Not A Partnership*

1800 PEACHTREE STREET, SUITE 514
ATLANTA, GEORGIA 30309
Writer's direct Dial (404) 892-0033

JAMES D. McGuire
RICHARD B. CROHAN
STANFORD N. KLINGER

TELEPHONE (404) 351-8500
FACSIMILE (404) 351-8805

September 24, 2013

Mayor Kasim Reed
55 Trinity Ave.
Suite 2400
Atlanta, Georgia 30303

VIA CERTIFIED MAIL NO.
7005 1160 0000 9827 9274

The Members of the Atlanta City Council
President Ceasar Mitchell
Councilmember Carla Smith, Dist. 1
Councilmember Kwanza Hall, Dist. 2
Councilmember Ivory Lee Young, Dist. 3
Councilmember Cleta Winslow, Dist. 4
Councilmember Natalyn Archibong, Dist. 5
Councilmember Alex Wong, District 6
Councilmember Howard Shook, District 7
Councilmember Yolanda Adrean, District 8
Councilmember Felecia Moore, District 9
Councilmember C.T. Martin, District 10
Councilmember Keisha Lance Bottoms, District 11
Councilmember Joyce Sheperd, District 12
Councilmember Michael Bond, Post 1
Councilmember Aaron Watson, Post 2
Councilmember H. Lamar Willis, Post 3
55 Trinity Ave., Suite 2900
Atlanta, GA 30303

VIA CERTIFIED MAIL NO.
7005 1160 0000 9827 9298

Ms. Rhonda Johnson
Clerk of Atlanta City Council
55 Trinity Ave, Suite 2700
Atlanta, Georgia 30303

VIA CERTIFIED MAIL NO.
7005 1160 0000 9827 9304

Cathy Hampton, Atlanta City Attorney
Department of Law
68 Mitchell Street
Suite 4100
Atlanta, GA 30303

[50]

VIA CERTIFIED MAIL NO.
7005 1160 0000 9827 9311

Re: Second Revised Notice of Claim Against the City of Atlanta, Georgia
Claimant : Will Otis King a/k/a Will Otis King III
Date of Injury : 04/04/13
Location : 3819 Jonesboro Road, Atlanta, GA

Dear Mayor Reed, Atlanta City Council Members,
City Clerk Johnson, and City Attorney Hampton:

This is a second revision and amendment to the initial ante litem notice sent to each of you on August 30, 2019, and the first supplement sent on September 17, 2013, regarding the above referenced claims of Will Otis King. Copies of the August 30, 2013 notice and September 17, 2013 revised notice are attached hereto and, except as revised, are incorporated herein by reference. This is being sent within six months of the event that gives rise to this claim. Please consider this second revision, amendment and supplemental notice as a revision and amendment of the prior notices revising and correcting the Date of Injury to read: April 4, 2013.

In addition to the claims contained in the initial ante litem notice and revision, the City of Atlanta Officer K. Jackson (unit 2313), City of Atlanta Police Officers, City of Atlanta and the City of Atlanta Police Department and other City Officials, under color of law, subjected Will Otis King a citizen of the United States, to the deprivation of rights, privileges, and immunities secured by the Constitution and laws. As such, the involved City of Atlanta Police Officers (including but not limited to Officer K. Jackson (unit 2313), City of Atlanta and the City of Atlanta Police Department and other City Officials, are liable to Will Otis King under 42 USC §1983.

Will O. King specifically reserves the right to amend this and any other notice, pursue other theories of liability, to allege other acts of negligence by Officer Jackson, the City of Atlanta, the City of Atlanta Police Department, other City of Atlanta entities, or other private persons or entities as more details become available through the investigation or through the litigation of this matter should it become necessary.

Your return receipt will inform us of the date you received this notice. Please direct all future correspondence to this office and contact me if you have any questions.

Sincerely yours,

[51]
Richard B. Crohan

SNK/haw
cc: James D. McGuire, Esq.



THE LAW OFFICES OF
## McGuire, Crohan & Klinger
*Not A Partnership*

1800 PEACHTREE STREET, SUITE 514
ATLANTA, GEORGIA 30309
Writer's direct Dial (404) 892-0033

JAMES D. MCGUIRE
RICHARD B. CROHAN
STANFORD N. KLINGER

TELEPHONE (404) 351-8500
FACSIMILE (404) 351-8805

September 17, 2013

| | |
|---|---|
| Mayor Kasim Reed<br>55 Trinity Ave.<br>Suite 2400<br>Atlanta, Georgia 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0000 9827 9229 |
| The Members of the Atlanta City Council<br>President Ceasar Mitchell<br>Councilmember Carla Smith, Dist. 1<br>Councilmember Kwanza Hall, Dist. 2<br>Councilmember Ivory Lee Young, Dist. 3<br>Councilmember Cleta Winslow, Dist. 4<br>Councilmember Natalyn Archibong, Dist. 5<br>Councilmember Alex Wong, District 6<br>Councilmember Howard Shook, District 7<br>Councilmember Yolanda Adrean, District 8<br>Councilmember Felecia Moore, District 9<br>Councilmember C.T. Martin, District 10<br>Councilmember Keisha Lance Bottoms, District 11<br>Councilmember Joyce Sheperd, District 12<br>Councilmember Michael Bond, Post 1<br>Councilmember Aaron Watson, Post 2<br>Councilmember H. Lamar Willis, Post 3<br>55 Trinity Ave., Suite 2900<br>Atlanta, GA 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0000 9827 9236 |
| Ms. Rhonda Johnson<br>Clerk of Atlanta City Council<br>55 Trinity Ave, Suite 2700<br>Atlanta, Georgia 30303 | VIA CERTIFIED MAIL NO.<br>7005 1160 0000 9827 9243 |
| Cathy Hampton, Atlanta City Attorney<br>Department of Law<br>68 Mitchell Street<br>Suite 4100<br>Atlanta, GA 30303 | VIA CERTIFIED MAIL NO.<br>7005 1820 0000 9827 9250 |

[52]

Re: Revised Notice of Claim Against the City of Atlanta, Georgia
Claimant : Will Otis King a/k/a Will Otis King III
Date of Injury : 04/06/13
Location : 3819 Jonesboro Road, Atlanta, GA

Dear Mayor Reed, Atlanta City Council Members,
City Clerk Johnson, and City Attorney Hampton:

This is a revision and amendment to the ante litem notice sent to each of you on August 30, 2019, regarding the above referenced claims of Mr. King. A copy of the prior notice is attached hereto and, except as set forth herein, is incorporated herein by reference. This is being sent within six months of the event that gives rise to this claim. Please consider this supplemental notice as a revision and amendment of the August 30, 2013 notice to include all damages allowed under Georgia law for personal injuries, including but not limited to those which may lead to death, and those recognized and allowed under the wrongful death statute, as well as for punitive damages. In addition, after further review of the facts and injuries of this case, the amount claimed is hereby revised to five million dollars ($5,000,000.00).

Will O. King specifically reserves the right to amend this and any other notice, pursue other theories of liability, to allege other acts of negligence by Officer Jackson, the City of Atlanta, the City of Atlanta Police Department, other City of Atlanta entities, or other private persons or entities as more details become available through the investigation or through the litigation of this matter should it become necessary.

Pursuant to O.C.G.A. section 36-33-5, this revised notice of claim is being sent within six months of the happening of the event upon which the claim against the municipal corporation is predicated. Mr. King is hereby presenting the claim in writing to the governing authority of the municipal corporation for adjustment. The code mandates that the governing authority act upon the claim within 30 days from the presentation.

Your return receipt will inform us of the date you received this notice. Please direct all future correspondence to this office and contact me if you have any questions.

Sincerely yours,

[53] Richard B. Crohan

SNK/haw
cc: James D. McGuire, Esq.

## Receipt 1 (top)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor Kasim Reed
   55 Trinity Ave
   Suite 2400
   Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Shanae Frasier
C. Date of Delivery: 9-4-13
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2758 7066

PS Form 3811, February 2004 — Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Ms. Rhonda Johnson
   Clerk of Atlanta City Council
   55 Trinity Ave
   Suite 2700
   Atlanta, GA 30303

2. Article Number: 7005 1160 0001 2758 7080

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Ms. Rhonda Johnson
   Clerk, City of Atlanta Council
   55 Trinity Ave, Suite 2700
   Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Nat Marshall
C. Date of Delivery: 9/4/13
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0000 9827 9243

PS Form 3811, February 2004 — Domestic Return Receipt

---

## Receipt 4

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   Mayor Kasim Reed
   55 Trinity Ave.
   Suite 2400
   Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *[signature]*
B. Received by (Printed Name): Shanae Frasier
C. Date of Delivery: 9-4-13
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

2. Article Number: 7005 1160 0000 9827 9274

54

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mayor Kasim Reed
    55 Trinity Ave.
    Suite 2400
    Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sherree Turner* ☐ Agent ☐ Addressee

B. Received by (Printed Name): *Sharee Frasier*   C. Date of Delivery: 9/23/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   
   7005 1160 0000 9827 9229

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ms. Rhonda Johnson
    Clerk of Atlanta City Council
    55 Trinity Ave, Suite 2700
    Atlanta, GA 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Pat Marshall* ☐ Agent ☐ Addressee

B. Received by (Printed Name): *Pat Marshall*   C. Date of Delivery: 9/25/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   
   7005 1160 0000 9827 9304