IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILL O. KING,<br><br>  Plaintiff,<br><br>  v.<br><br>KYLEMA JACKSON<br>Individually and in his Official<br>Capacity as a City of Atlanta Police<br>Officer, et al.,<br><br>  Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-583-TWT |

**ORDER**

This is a civil rights action against a police officer alleging the use of excessive force. It is before the Court on the Motion to Dismiss [Doc. 4] of the Defendant City of Atlanta. The Plaintiff has filed an Amended Complaint. Therefore, the Motion to Dismiss [Doc. 4] is DENIED as moot.

SO ORDERED, this 13 day of April, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\King\dismiss.wpd