IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILL O. KING,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLEMA JACKSON<br>Individually and in his Official<br>Capacity as a City of Atlanta Police<br>Officer, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:15-CV-583-TWT |

**ORDER**

This is a civil rights action against a police officer alleging the use of excessive force. It is before the Court on the City of Atlanta's Motion to Stay Discovery [Doc. 18] which is DENIED.

SO ORDERED, this 2 day of June, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\King\stay.wpd