## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILL O. KING, | : |
| | : JURY TRIAL DEMANDED |
| Plaintiff, | : |
| | : CIVIL ACTION FILE NO. |
| v. | : 1:15-CV-0583-TWT |
| KYLEMA JACKSON, | : |
| Individually and in his Official | : |
| Capacity as a City of Atlanta | : |
| Police Officer, and | : |
| THE CITY OF ATLANTA | : |
| Defendants. | : |

## ~~PROPOSED~~ ORDER GRANTING CONSENT MOTION FOR PRODUCTION OF INMATE OR IN THE ALTERNATIVE A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It appearing to the Court at Plaintiff, Will O. King, is currently in the custody of Georgia Department of Corrections, serving as an inmate at Augusta State Medical Prison, and the parties having filed a Consent Motion seeking an Order from this Court to have Plaintiff Will O. King attend mediation in the above referenced matter on February 17, 2016, after considering the same that motion is HEREBY GRANTED AND IT IS ORDERED THAT:

The Warden at Augusta State Medical Prison and the State of Georgia, Department of Corrections is hereby required to deliver the following detainee for a scheduled Mediation on Wednesday, February 17, 2016, at: Henning Mediation, address: 3350 Riverwood Parkway, Atlanta, GA 30339, time: beginning 9:00am

6

until completed, after which such inmate shall be returned to the custody of the Warden of Augusta State Medical Prison the following inmate:

Inmate: Will Otis King;

DOB: 04/03/1992;

Housing: Augusta State Medical Prison;

Inmate Number: 10 000 960 76.

This _10_ day of _February_, 2016.

_____
**Honorable THOMAS W. THRASH**
**United States District Judge**
**Northern District of Georgia**